UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-02521-FLA-SK                                         Date: October 29, 2025

Title            Ivan Vidal Zarate v. Warden of Adelanto Detention Facility, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER DISMISSING PETITION AS MOOT**

   Based on the parties' October 29, 2025 joint status report stating that "the relief sought in [the] habeas petition has been obtained" and therefore "no further issues remain for resolution in this matter" (ECF 10 at 1), the petition under 28 U.S.C. § 2241 is dismissed as moot.

   IT IS SO ORDERED.